IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SAMUEL JAMISON**                                                                      **PLAINTIFF**

v.                                **Case No. 2:22-cv-00085-KGB-JJV**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 18). No party has filed objections to the Recommendation, and the time to file objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The final decision of the Commissioner of the Social Security Administration is affirmed, and plaintiff Samuel Jamison's complaint is dismissed with prejudice (Dkt. No. 2). Judgment will be entered accordingly.

It is so ordered this the 13th day of March, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge